**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MONTANA**
**GREAT FALLS DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | **CR 19-29-GF-BMM** |
| **Plaintiff,** | |
| **vs.** | **ORDER** |
| **LUKE JOHN SCOTT, SR.,** | |
| **Defendant.** | |

Upon the motion of the United States and at the express request of the defendant, IT IS ORDERED that for all further proceedings in this case, the defendant's name shall be changed by interlineation to **Luke John Scott, Sr.**

IT IS FURTHER ORDERED that the Clerk of Court amend the indictment to reflect the correct name of the defendant.

DATED this 19th day of June, 2019.

Brian Morris
United States District Court Judge