IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Cause No. CR-19-29-GF-BMM<br>CR-19-30-GF-BMM |
| Plaintiff, | |
| vs. | ORDER |
| LUKE JOHN SCOTT, SR., | |
| Defendant. | |

Defendant Luke John Scott, Sr., filed a *pro se* Motion to Proceed *Pro Se* on January 22, 2020. (CR-19-29-GF-BMM, Doc. 58 & CR-19-30-GF-BMM, Doc. 57.) The Court declined to consider Scott's *pro se* motion because Scott was represented by attorney Bryan Norcross. (CR-19-29-GF-BMM, Doc. 60 & CR-19-30-GF-BMM, Doc. 59.) The Court denied without prejudice Scott's *pro se* motion to await a motion from Norcross filed on Scott's behalf. (CR-19-29-GF-BMM, Doc. 60 at 2 & CR-19-30-GF-BMM, Doc. 59 at 2.)

Norcross subsequently filed a motion seeking to withdraw as Scott's counsel of record to permit Scott to proceed *pro se*. (CR-19-29-GF-BMM, Doc. 61 & CR-19-30-GF-BMM, Doc. 60.) The Court conducted a *Faretta* hearing to assess whether Scott's decision to represent himself is entered into knowingly,

1

intelligently, and voluntarily. *See Faretta v. California*, 422 U.S. 806 (1975). The Court will allow Defendant to proceed pro se for the reasons stated in open court. Therefore,

**IT IS ORDERED** that Scott shall proceed *pro se* in CR-19-29-GF-BMM and CR-19-30-GF-BMM. Norcross's motion to withdraw as counsel (CR-19-29-GF-BMM, Doc. 61 & CR-19-30-GF-BMM, Doc. 60) is **DENIED** as moot.

**IT IS FURTHER ORDERED** that Bryan Norcross shall serve as Scott's stand-by counsel.

DATED this 6th of February, 2020.

Brian Morris
United States District Court Judge