# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>     Plaintiff,<br><br>vs.<br><br>LUKE JOHN SCOTT, SR.,<br><br>     Defendant. | CR-19-29-GF-BMM<br>CR-19-30-GF-BMM<br><br>ORDER REGARDING<br>DETENTION HEARING |

  Defendant Luke John Scott, Sr. ("Scott") is representing himself in the two above-captioned criminal cases, with Bryan Norcross acting as stand-by counsel. (CR-19-29-GF-BMM, Doc. 73 & CR-19-30-GF-BMM, Doc. 72.). Scott remains incarcerated pending trial in both cases. Scott has filed a number of documents as exhibits and subpoenas for witnesses for a detention hearing. As a courtesy reminder, a detention hearing is not currently scheduled for the above-captioned criminal cases following the continuance of the May 14, 2020 detention hearing. Scott is reminded that he must file a motion to schedule such a hearing.

  Dated the 23rd day of September, 2020.

_____
Brian Morris, Chief District Judge
United States District Court