IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>LUKE JOHN SCOTT,<br><br>Defendant. | CR-19-29-GF-BMM<br><br>ORDER |

On October 9, 2020, the defendant filed three Transcript Designation Order Forms.  (Docs. 322, 323 and 324).  Accordingly, IT IS HEREBY ORDERED that stand-by counsel, Bryan Norcross, will send the defendant the transcripts that he has requested.  (Docs. 216, 219 and 242.)

DATED this 13th day of October, 2020.

_____
Brian Morris, Chief District Judge
United States District Court