IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR-19-29-GF-BMM |
| Plaintiff, | |
| vs. | ORDER |
| LUKE JOHN SCOTT, SR., | |
| Defendant. | |

**INTRODUCTION**

Defendant Luke John Scott, Sr. ("Scott") is representing himself in the above-captioned criminal cases, with Bryan Norcross acting as stand-by counsel. (Doc. 73). The Court held a hearing on all pending motions on October 21, 2020. (Doc. 375).

**ORDER**

For the reasons stated in open Court, **IT IS ORDERED**:

- (Doc. 244) is **DENIED** without prejudice following representations by the federal government addressing the claims therein;

- (Doc. 256) is **DENIED** without prejudice following representations by the federal government addressing the claims therein;

- (Doc. 257) is **DENIED** without prejudice following representations by the federal government addressing the claims therein;

- (Doc. 258) is **DENIED** without prejudice following representations by the federal government addressing the claims therein;

- (Doc. 260) is **DENIED** without prejudice following representations by the federal government addressing the claims therein;

- (Doc. 273) is **DENIED** without prejudice following representations by the federal government addressing the claims therein;

- (Doc. 326) is **DENIED**;

- (Doc. 327) is **DENIED**;

- (Doc. 337) and its filed supplemental notice (Doc. 372) are **DENIED**.

Dated the 22nd day of October, 2020.

_____
Brian Morris, Chief District Judge
United States District Court