IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>LUKE JOHN SCOTT,<br><br>Defendant. | CR-19-29-GF-BMM<br><br><br>ORDER |

IT IS HEREBY ORDERED that any subpoenas requested by the Defendant, Luke John Scott, and issued by the Clerk of Court for the trial in this matter set for November 17, 2020, the United States Marshals Service shall pay the witness fees and expenses of the witnesses.

DATED this 10th day of November, 2020.

_____
Brian Morris, Chief District Judge
United States District Court