# UNITED STATES DISTRICT COURT
## DISTRICT OF MONTANA
## GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> LUKE JOHN SCOTT, SR, <br><br> Defendant. | CR-19-29-GF-BMM <br><br> ORDER |

IT IS HEREBY ORDERED that meals and/or lodging be provided for the jurors in the above entitled case.

DATED 17th day of November, 2020.

_____
Brian Morris, Chief District Judge
United States District Court