IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>LUKE JOHN SCOTT, SR.,<br><br>　　　　　Defendant. | CR-19-29-GF-BMM<br><br>ORDER |

Defendant Luke John Scott, Sr. ("Scott") is representing himself in the above-captioned criminal case, with Bryan Norcross acting as stand-by counsel. (Doc. 73). Trial began on November 17, 2020. Scott has requested an order directing the United States Marshals Service and Cascade County Detention Center to allow him to take with him tabbed page dividers as well as a medical dictionary with him back to detention in order to continue to properly prepare for trial. Scott represented that the Cascade County Detention Center would not permit him to have such items without court order.  Accordingly,

**IT IS HEREBY ORDERED** that that the United States Marshals Service and Cascade County Detention Center permit Scott to take with him tabbed page dividers as well as a medical dictionary to his detention in order to continue to prepare for trial.

Dated the 17th day of November, 2020.

_____
Brian Morris, Chief District Judge
United States District Court