IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 19-29-GF–BMM |
| Plaintiff, | **ORDER** |
| vs. | |
| LUKE JOHN SCOTT | |
| Defendant. | |

Upon the Defendant's Transcript Designation Order for the trial in the above matter (Doc. 446), **IT IS HEREBY ORDERED** that the court reporter will provide the Defendant with a complete transcript of the trial in this matter with the names of the jurors redacted.

DATED this 28th day January, 2021.

_____
Brian Morris, Chief District Judge
United States District Court