Stephen R. Hormel
Hormel Law Office, L.L.C
17722 East Sprague Avenue
Spokane Valley, WA 99016
Telephone: (509) 926-5177
Facsimile: (509) 926-4318

UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
(HONORABLE BRIAN M. MORRIS)

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | No. 4:19-cr-029-BMM |
| ) | |
| vs. ) | DEFENDANT'S RESENTENCING |
| ) | MEMORANDUM |
| LUKE JOHN SCOTT, Jr., ) | |
| ) | |
| Defendant. ) | |

LUKE JOHN SCOTT, Jr., through counsel, Stephen R. Hormel for Hormel Law Office, L.L.C., submits the following memorandum for resentencing:

A.  **Introduction**.

When addressing a sentencing court's function in fashioning the appropriate sentence, the Ninth Circuit, long ago, wrote:

> [i]n making a decision in any particular case, good judgment will often require the evaluation of a complex set of factors. No single factor may be enough to point to the wise course of decision. But a wise person will not look on each particular factor abstractly and alone. Rather, it will be how the particular pieces fit together, converge, and influence each other that will lead to the correct decision.

*United States v. Cook*, 938 F.2d 149, 153 (9th Cir. 1991).

Sentencing Memorandum
1

The Supreme Court teaches:

> It has been uniform and constant in the federal judicial tradition for the sentencing judge to consider every convicted person as an individual and every case as a unique study in the human failings that sometimes mitigate, sometimes magnify, the crime and the punishment to ensue.

*Pepper v. United States*, 476, 487 (2011) (quoting *Koon v. United States*, 518 U.S. 81, 113 (1996)).

B.   **Guidelines Calculation**.

The Guidelines' calculation in the Presentence Investigation Report (PSR) for Counts 1 and 2 are appropriate given the status of evidence at trial. (Doc. 492 at 7-9, ¶ 31-50). A total offense level of 25, in Criminal History Category III, results a 70 to 87 month range of imprisonment.

C.   **Recommendation**.

Based on the foregoing, it is recommended that the Court impose no more than a 70 month term of imprisonment in this case.  It is requested that the Court impose no more than a combined 142 month term of imprisonment for both cases.

Dated this 29th day of January, 2024.

Respectfully Submitted,

*s/ Stephen R. Hormel*
MT Bar # 3059
Stephen R. Hormel
Hormel Law Office, L.L.C
17722 East Sprague Avenue
Spokane Valley, WA 99016
Telephone: (509) 926-5177
Facsimile: (509) 926-4318

**CERTIFICATE OF SERVICE**

I hereby certify that on January 29, I electronically served the foregoing under seal Sentencing Memorandum, to the following: Kalah Paisley, Assistant United States Attorney.

*s/ Stephen R. Hormel*
MT Bar # 3059

Sentencing Memorandum

3